UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JERMAINE WILLIAMS,

    Defendant.

CASE NO.:   19-CR-60198-UNGARO/HUNT

**DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION *IN LIMINE* [D.E. 20]**

**COMES NOW** the Defendant, JERMAINE WILLIAMS, by and through the undersigned counsel, and responds to the Government's "Motion *in Limine* for Pretrial Evidentiary Ruling Regarding Inextricably Intertwined Evidence of Uncharged Crimes," [D.E. 20], as follows:

1) The Government on December 13, 2019, moved *in limine* for a pretrial order allowing the introduction of evidence and testimony concerning the Defendant's alleged drug dealing. The investigation of drug offenses led Broward Sheriff's Office deputies to locate a firearm in a car connected to the Defendant.

2) At the time of the Government's motion, the Defendant was under a one-count indictment charging him with Possession of a Firearm and Ammunition by a Convicted Felon. [D.E. 1]. The indictment was returned on July 11, 2019.

3) The Defendant agrees with the Government's analysis of the law of inextricable intertwinement. And if the Government was still proceeding on its original indictment, the Defendant would concede the motion.

4) However, on February 20, 2020, a superseding indictment was returned, further charging the Defendant with Possession of a Firearm in Furtherance of a Drug Trafficking Crime. [D.E. 39]. The addition of this count means the "inextricably intertwined" evidence described by the Government no longer meets that definition; it would constitute direct, relevant evidence of the crime alleged in the new count.

**WHEREFORE**, the Defendant prays that this Court **DENY AS MOOT** the Government's "Motion *in Limine* for Pretrial Evidentiary Ruling Regarding Inextricably Intertwined Evidence of Uncharged Crimes."

Respectfully submitted,

*/s/ Carter T. Hillstrom*
CARTER T. HILLSTROM
Attorney for the Defendant
Florida Bar # 26211
612 SE 5th Ave., Suite 4
Fort Lauderdale, FL 33301
(954) 667-9267
(954) 462-7237 FAX
carter@carterhillstrom.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by the CM/ECF system on March 6, 2020, on all counsel or parties of record.

*/s/ Carter T. Hillstrom*
CARTER T. HILLSTROM