UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cr-60198-UU-1

UNITED STATES OF AMERICA

v.

JERMAINE WILLIAMS,

    Defendant.

_____/

**ORDER**

    THIS CAUSE comes before the Court on the Government's Motion *in Limine* for Pretrial Evidentiary Ruling Regarding Inextricably Intertwined Evidence of Uncharged Crimes (D.E. 20) (the "Motion"), filed December 13, 2019.

    The Court has considered the Motion, the pertinent portions of the record, and is otherwise fully advised in the premises.

    The Government "intends to introduce evidence that the defendant conducted a hand-to-hand narcotics transaction with a known narcotics user, and law enforcement recovered 5 clear plastic bags of cannabis, 2 plastic baggies of heroin, a blue M&M tube containing twelve grams of crack cocaine, and twenty-four capsules of heroin." D.E. 20 at 2.

    At the time the Motion was filed, Defendant had been charged in a one-count indictment with being a felon in possession of a firearm and ammunition. D.E. 1. Since the filing of the Motion, Defendant has been charged by superseding indictment with one count of being a felon in possession a firearm and ammunition in violation of 18 U.S.C. § 922(g), and one count of possessing a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c). D.E. 39. On March 6, 2020, Defendant responded to the Motion, stating that because the

1

superseding indictment charges Defendant with possession a firearm in furtherance of a drug trafficking crime, the "inextricably intertwined" evidence described by the Government constitutes direct, relevant evidence of the new count and as such the Motion should be denied as moot. D.E. 50. On March 11, 2020, the parties filed their trial stipulations, in which they agree to stipulate to the fact that "suspected narcotics seized in this case were analyzed on October 15, 2018, and determined to be heroin, ethylpentylone, cocaine and cannabis." D.E. 56 ¶ 2. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion, D.E. 20, is DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _11th__ day of March, 2020.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:

Counsel of record via CM/ECF