UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60198-CR-UNGARO/HUNT(s)

UNITED STATES OF AMERICA

v.

JERMAINE WILLIAMS,

   Defendant.
_____/

GOVERNMENT'S SECOND SPEEDY TRIAL ACT STATUS REPORT

The United States of America, by and through its undersigned Assistant United States Attorney, pursuant to Local Rule 88.5 of the Local Rules of the United States District Court for the Southern District of Florida, files this Government's Speedy Trial Act Status Report.

1.    The government reports that as of March 13, 2020, the Speedy Trial Act computation as to the defendant, Jermaine Williams, is as follows:

> Gross Time Elapsed = 219 days
> Excludable Time = 182 days
> Includable Time = 37 days
> Net Time Remaining = 33 days
> Final Date Upon Which the Defendant can be Tried = April 29, 2020, which is 33 days after the Speedy Trial Act clock resumes running at the conclusion of the two-week period commencing on March 27, 2020.

2.    On July 11, 2019, an indictment [DE 1] in this case was issued by a Federal Grand Jury in Fort Lauderdale, Florida.

3.    On August 6, 2019, subsequent to the government's petition [DE 4], a Writ of Habeas Corpus Ad Prosequendum was issued commanding the U.S. Marshals to produce the defendant, who was confined in the Paul Rein Detention Center having been unable to post bond in a state case, before the court on August 7, 2019, for an initial appearance in this case [DE 4].

4.     August 7, 2019, the defendant had his initial appearance before a U.S. Magistrate Judge in Fort Lauderdale, Florida [DE 6].   *Id*.   The defendant had his arraignment the same day. *Id*.   On August 8, 2019, is day one (1) for purposes of counting the gross number of days from the triggering of the Speedy Trial Act.   *See* 18 U.S.C. § 3161(c)(1).   On August 16, 2019, the Court issued an order setting calendar call for September 11, 2019 [DE 10].

5.     The time period of non-excludable speedy trial days that elapsed between August 8, 2019 through September 11, 2019, was **35 days**.

6.     On September 12, 2019, the Court set a change of plea date for October 30, 2019, and issued an order "the period of the delay resulting from [] this Order Setting Plea Date, to-wit; the date of this Order to and including the date of the above reference plea hearing, shall be deem excludable time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*." [DE 12].   The time period of excludable speedy trial days that elapsed between September 12, 2019 through October 30, 2019, was **48 days**.

7.     On October 30, 2019, the Court reset a change of plea date for November 18, 2019, [DE 13].   The time period of excludable speedy trial days that elapsed between October 13, 2019 through November 18, 2019, was **19 days**.

8.     On November 20, 2020, the defendant made an oral motion for a continuance, and the Court set a Calendar Call for January 2, 2020 [DE 15].[1]   The time period of excludable speedy trial days that elapsed between November 21, 2019 through January 2, 2020, was **45 days**.

9.     On December 13, 2019, the Defendant filed a Motion to Suppress Evidence and

---

1.   Out of an abundance of caution the United States is including two days of non-excludable days under the Speedy Trial Act, but maintains that the two-day delay was attributable to the defendant.

Statements [DE 19].   On January 31, 2020, the Honorable Judge Patrick Hunt issued a Report and Recommendation denying the Defendant's Motion to Suppress [DE 32].

10.     On January 2, the defendant made an oral motion for a continuance, and the Court set a Calendar Call for February 12, 2020 [DE 15].   The time period of excludable speedy trial days that elapsed between January 3, 2020 through February 12, 2020, was **40 days**.

11.     On February 12, 2020, defendant made an oral motion for a continuance, and the Court set a Calendar Call for March 11, 2020 [DE 37].   The Court issued an order excluding the days "to and including the date trial is commenced" through March 16, 2020.   *Id*.   The time period of excludable speedy trial days that elapsed between February 12, 2020 through March 13, 2020, is **30 days**.

12.     Undersigned government counsel conferred with Carter Hillstrom, counsel for the defendant, concerning the contents of this Speedy Trial Act Status Report, and Mr. Hillstrom agrees with the contents of this report.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:     /s/ Scott R. Strauss
Scott R. Strauss
Assistant United States Attorney
Fla. Bar. No. 74425
500 E. Broward Blvd. Seventh Floor
Fort Lauderdale, Florida 33393
Tel: (954) 660-5960
Scott.Strauss@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on March 13, 2020, I electronically filed the foregoing with

the Clerk of the Court using CM/ECF.


/s/ *Scott R. Strauss*
Scott R. Strauss
Assistant United States Attorney