UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-60198-CR-UNGARO/HUNT(s)**

UNITED STATES OF AMERICA,

vs.

JERMAINE WILLIAMS,

        Defendant.
_____/

## FACTUAL PROFFER

The United States of America and Jermaine Williams (the "Defendant") agree that had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

1. On October 4, 2018, detectives with the Broward Sheriff's Office ("BSO") were conducting proactive enforcement within the city of Pompano Beach, located in the Southern District of Florida. While on duty, the BSO detectives received a tip from a confidential source that an individual by the street name "J Baby" – later identified as the defendant – was involved in the sale of cocaine and carried a loaded handgun, black in color, in the area known as Avondale. The source added that "J Baby" was a large black male and operated a Buick sedan, blue in color. The BSO detectives traveled to the area of 2nd Place, known as a high crime area, in an unmarked vehicle and observed a blue Buick sedan parked in front of a building. The BSO detectives also observed a large black male sitting in the driver seat while a known prostitute/narcotics user was leaning into the front driver-side window engaging in what appeared to be a narcotics transaction. After driving past the blue Buick, the BSO detectives abruptly turned their vehicle around and proceeded towards the blue Buick. The BSO detectives



made contact with the defendant after he had exited the vehicle and briefly detained him. The detectives had not seen anyone else enter or exit the Buick from the moment they first observed it. The detectives subsequently searched the blue Buick and found a baggie containing twenty-four capsules filed with heroin; two clear plastic baggies containing heroin; approximately twelve grams of crack cocaine; approximately five grams of marijuana; a Taurus, Model PT111 G2, 9mm semi-automatic pistol bearing serial number TLN23206 containing twelve rounds of Federal ammunition; and $200.00 in United States currency. The detectives searched the defendant's person and found approximately $510.00 in United States currency. While waiting for a tow truck to arrive, the defendant stated that "he messed up bad" and that "he got caught with the stuff" in reference to the narcotics and firearm found in the vehicle.

2. The defendant admits that he knowingly possessed the marijuana, crack cocaine, and heroin that the detectives ultimately seized from the blue Buick with the intent to distribute.

3. The defendant admits that he was in possession of the Taurus, Model PT111 G2, 9mm semi-automatic pistol found in the blue Buick during and in furtherance of a drug trafficking crime, that is, possession with the intent to distribute the marijuana, heroin, and crack cocaine also found in the blue Buick.

4. The defendant admits that the $710.00 in United States currency that he possessed at the time of his arrest arose from the illicit sale of narcotics.

[INTENTIONALLY LEFT BLANK]

5. The information contained in this proffer is not a complete recitation of all the facts and circumstances of this case, but the parties admit it is sufficient to prove beyond a reasonable doubt that a violation of Title 18, United States Code, Sections 924(c)(1)(A), as charged in the superseding indictment, had occurred.

Respectfully,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 9/21/2020     By: /s/ Scott R. Strauss
                         SCOTT STRAUSS
                         ASSISTANT UNITED STATES ATTORNEY

Date: 9/10/2020     By: _____
                         CARTER HILLSTROM
                         COUNSEL FOR DEFENDANT

Date: 9/17/20       By: _____
                         JERMAINE WILLIAMS
                         DEFENDANT

3