UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JERMAINE WILLIAMS,<br><br>    Defendant. | CASE NO.:   19-CR-60198-UNGARO<br><br>**DEFENDANT'S OBJECTIONS TO**<br>**PRESENTENCE INVESTIGATION**<br>**REPORT** |

**COMES NOW** the Defendant, JERMAINE WILLIAMS, by and through his undersigned attorney, and hereby files his objections to the Presentence Investigation Report [D.E. 74]  In addition to the limited objections listed herein, the Defendant will file a departure-seeking sentencing memorandum prior to his December 7, 2020, sentencing hearing.

**OBJECTIONS TO PART B: "THE DEFENDANT'S CRIMINAL HISTORY"**

1)    The Defendant's status as a career offender, and the stipulated 3-level reduction, mandate a guideline range of 262-327 months imprisonment.  Further, § 4B1.1(b) requires his criminal history to be calculated as Category VI on his sentencing table, which is immaterial due to the nature of the charge before this Court for sentencing.

2)    These mandatory considerations make the following objections largely academic, but the Defendant seeks to clarify his record.

3)    Paragraph 32 concerns a conviction for heroin delivery, that added 1 criminal history point to his total.  This conviction came on the same day as the conviction in Paragraph 31.  The arrests leading to Paragraphs 31 and 32 were on the same day. *See* Exhibit 1, booking sheet and filing instruction, stating "CHARGE NO. 2 IS BEING FILED SEPARATELY FROM COURT CASE 17008465CF10A." Because the sentences were imposed on the same day, and there was no intervening arrest, the Defendant objects to the addition of 1 criminal history point in Paragraph 32. *See* § 4A1.2(a)(2).

4)    Paragraph 33 concerns a state court conviction for the same criminal conduct to which he pleaded guilty in this case.  This is not a "prior sentence," but rather "relevant conduct" that should not

be scored as criminal history. *See* § 4A1.2 n. 1.  Defendant objects to the addition of 1 criminal history point in Paragraph 33.

5) Paragraph 34 concerns a conviction for misdemeanor trespassing, that added 2 criminal history points.  The Defendant *did* serve 119 days in jail, but he was not sentenced to that amount of time.  The Court withheld adjudication, and only took judicial notice of his time in jail. *See* Exhibit 2, court disposition.  This is common in Florida's county courts, because a "time-served" sentence is illegal when adjudication is withheld. *Waite v. City of Fort Lauderdale*, 681 So. 2d 901, 903 n.1 (Fla. 4th D.C.A. 1996).  Because he was convicted, but not sentenced to a term of jail, the Defendant objects to Paragraph 34, and requests only 1 criminal history point be counted.

6) The above objections, if well-taken, would reduce the Defendant's criminal history points to 11, instead of 13.  Of course, the parties' stipulation, plea agreement, and career offender status make this calculation irrelevant.

## OBJECTIONS TO PART E: "FACTORS THAT MAY WARRANT DEPARTURE AND/OR VARIANCE"

7) Paragraph 79 states Probation was unable to identify a factor that would warrant a departure or variance.  The Defendant notes the parties have stipulated to a joint recommendation of a departure, ten-year prison sentence.

Respectfully submitted,

*/s/ Carter T. Hillstrom*
CARTER T. HILLSTROM
Attorney for the Defendant
Florida Bar # 26211
612 SE 5th Ave., Suite 4
Fort Lauderdale, FL 33301
(954) 667-9267
(954) 462-7237 FAX
carter@carterhillstrom.com

- 3 -

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by the CM/ECF system on November 25, 2020, on all counsel or parties of record on the Service List below.

*/s/ Carter T. Hillstrom*
CARTER T. HILLSTROM

SERVICE LIST:
Ajay Alexander
United States Attorney's Office
500 E. Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
(954) 660-5778
ajay.alexander@usdoj.gov
Attorney for Plaintiff, United States of America

Scott Ryan Strauss
United States Attorney's Office
Major Crimes
500 E. Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
(954) 789-6279
scott.strauss@usdoj.gov
Attorney for Plaintiff, United States of America