UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-60198-UUB

UNITED STATES OF AMERICA

v.

JERMAINE WILLIAMS,

       Defendant.

## NOTICE ON FORFEITURE

The United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this notice that the United States is not seeking criminal forfeiture in this case.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   s/ *Daren Grove*_____
Daren Grove
Assistant United States Attorney
Court ID No. A5501243
500 E. Broward Boulevard, Suite 822
Fort Lauderdale, Florida 33394
Telephone: (954) 660-5774
E-mail: daren.grove@usdoj.gov