Case 0:19-cr-60198-UU   Document 81   Entered on FLSD Docket 03/10/2023   Page 1 of 2

March 6, 2023

FILED BY NA D.C.
Mar 10, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

Honorable Judge Ursula Ungaro;

My name is Jermaine Williams and I am writing to you in regards to my federal case that was before your court. That is Case No. 0:19-cr-60198-UU. I was convicted of "Drug Trafficking" and "being in possession of a firearm in furtherance of a drug trafficking crime OR crime of violence.

Under new Supreme Court ruling and decision; §924(c) is no longer to be considered or viewed as a "crime of violence." This is due to the "elements" and "residual" clauses. With that stated, understand I am writing to you not to correct any sentencing decision or your duties. I am respectfully and prayerfully only asking for some clarification. The §924 I was convicted of reads as such: "Drug trafficking **OR** crime of violence." Drug trafficking is not a "crime of violence." Drug trafficking was my crime. The **OR** in this statute is the word that is pivotal and imperative in my scenario. Based on that verbage, the FBOP uses it as a means of disqualification from First Step Act programming credits.

My case manager; Mr. Poquette has informed me; if I can provide him with something in writing that states my conviction was not and is not a "crime of violence," he will contact those in the sentencing and computation center to allow me to become eligible for First Step Act (FSA) credits.

So, in closing I am again respectfully requesting a statement reflecting that though my §924 conviction includes verbage referring to a "crime of violence," that my offense pertains to the first half of the qualifier for such conviction. That would rely on the "drug trafficking" element. I thank you greatly for your time, consideration and efforts in this matter. I pray you will review this request and reply in kind.

Sincerely,
Jermaine Williams/Reg# 20384-104
FCC Coleman Medium
P.O. Box 1032
Coleman, FL 33521



Jermaine Williams / Reg # 20384-104
Federal Correctional Complex Coleman Medium
Unit C3
P.O. Box 1032
Coleman, FL 33521

TAMPA FL 335
SAINT PETERSBURG FL
8 MAR 2023 PM 3 L

33301-19239

District Judge Ursula Ungaro
U.S. Courthouse,
299 East Broward Blvd.
Ft. Lauderdale, FL 33301